**Stanley JOSEPH, Appellant–Respondent,**

**v.**

**Kelli D. CORTES (Hamilton), Respondent–Appellant.**

**No. WD 64350.**

Missouri Court of Appeals, Western District.

March 15, 2005.

Robert E. Harris, Warrensburg, for Appellant.

Matthew C. Morgan, Warrensburg, for Respondent.

Before ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM.

Stanley Joseph contests the trial court's refusal to transfer custody of his daughter from her mother to him. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).